IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OR ARKANSAS
FAYETTEVILLE DIVISION

MARSHA A. EASTER                                                                    PLAINTIFF

   v.         CIVIL NO. 12-5107

CAROLYN W. COLVIN,[1] Commissioner
Social Security Administration                                                      DEFENDANT

## O R D E R

On this 31st day of October, 2013, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

The Court has carefully reviewed the Magistrate Judge's Report And Recommendation (document #80), finds it sound in all respects, and concludes that it should be adopted in toto. For reasons set forth in the Report And Recommendation, the Court hereby awards Plaintiff attorney's fees in the amount of $3,948.90, representing 19.60 attorney hours of work at a rate of $180.00 per hour for worked performed in 2012, and 2.30 attorney hours of work at a rate of $183.00 per hour for worked performed in 2013.  Further, this award should be paid directly to Plaintiff's counsel. Ratliff v. Astrue, 540 F.3d 800, 802 (8th Cir. 2008).

This amount shall be paid in addition to, and not out of, any past-due benefits Plaintiff may be awarded in the future.

IT IS SO ORDERED.

                 /s/ Jimm Larry Hendren
                 JIMM LARRY HENDREN
                 UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

AO72A
(Rev. 8/82)